# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MRS. FIELDS' ORIGINAL COOKIES, INC., and PTF, LLC,

          Plaintiffs,

-vs-                                Case No. 6:08-cv-692-Orl-28KRS

PRETZELS OF VOLUSIA, INC., DAVID BISHOP,

          Defendants.

## ORDER

This case is before the Court on Plaintiffs' Motion for Default Judgment for Damages, Injunctive Relief, and Attorneys Fees and Costs (Doc. No. 21) filed November 20, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 30, 2008 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion for Default Judgment for Damages, Injunctive Relief, and Attorneys Fees and Costs (Doc. No. 21) is **GRANTED in part** and **DENIED in part**.

3. The Clerk is directed to enter a judgment against Defendant David Bishop in favor of Plaintiff PTF, LLC in the amount of $79,487.50.

4. The Clerk is directed to enter judgment against Defendant Pretzels of Volusia, Inc., in favor of Mrs. Fields Original Cookies, Inc. in the amount of $50,739.79 (damages in the amount of $40,731.21, attorney's fees in the amount of $9,260.75, and costs in the amount of $747.83).

5. Plaintiffs' Motion for Default Judgment for Damages, Injunctive Relief, and Attorneys Fees and Costs (Doc. No. 21) is denied in all other respects.

6. The Clerk is directed to close the file following entry of judgment.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __23__ day of January, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party